IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON
Assigned on Briefs August 3, 2004

## STATE OF TENNESSEE v. CHRISTOPHER KIRKENDALL

**Appeal from the Criminal Court for Shelby County**
**Nos. 02-02068, 69     Chris Craft, Judge**

———————————

**No. W2004-00784-CCA-R3-CD  - Filed September 16, 2004**

———————————

THOMAS T. WOODALL, J., concurring in part and dissenting in part.

I agree that under *Blakely v. Washington*, 542 U.S. _____, 124 S.Ct. 2531 (2004), enhancement factors (3), (10), and (21) of Tennessee Code Annotated section 40-35-114 cannot be applied in sentencing Defendant.  However, instead of modifying the sentence, I would remand for a new sentencing hearing.  In light of *Blakely*, I feel that the trial court should be given the opportunity to impose the appropriate punishment upon the only valid enhancement factor in this case: proof of a prior conviction(s) of defendant as an adult.

———————————————————

THOMAS T. WOODALL, JUDGE